AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**DEMETRIUS REDDICK**<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.  6:22-mj- 1812 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 12, 2022__ in the county of __Orange__ in the __Midde__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2422(b) | Attempted enticement of a minor. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jennifer Wing, TFO, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/15/22

_____
*Judge's signature*

City and state: Orlando, Florida

LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                                CASE NO. 6:22-mj- 1812

COUNTY OF ORANGE

## AFFIDAVIT

I, Jennifer Wing, after being duly sworn, depose and state:

1. I am a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI) and have been since July 2021. Furthermore, I am a Detective with the Orlando Police Department and have approximately 10 years of law enforcement experience. I have two degrees in Criminal Justice, a Bachelor of Science and a Master of Science, with a certificate in Criminal Profiling. I am a graduate of the TECO Criminal Justice Academy, where I completed a 770-hour Law Enforcement Academy. I have completed advanced training in the following courses: Interviews and Interrogations, Sex Crimes Investigations, Advanced Human Trafficking Investigations, Crisis Response in Child Abuse/Victim Assault Cases, Advanced Interviewing, Universal Interviewing Tactics for Patrol Officers, Detecting Truthfulness, Forensic Interviewing, Internet Crimes Against Children (ICAC) Investigation of Cybertips, Offenders of Children and Child Sexual Abuse Imagery, Under Cover Chats and Techniques (40 hour course), BitTorrent Investigations (40 hour course), Analysis of Child Exploitation Material using Project VIC and

Griffeye Analyze DI (16 hour course), ICAC Program Overview, and A Walk Through of ICAC Standards.

2. In my capacity as an Orlando Police Officer, I have been involved in investigations related to drugs, thefts, economic crimes, burglaries, batteries, robberies, homicides, adult and child sex crimes, and child abuse investigations. I was a Property Detective, where I was assigned a large case load in the busiest sector of the city. I have written multiple arrest warrants and search warrants pertaining to property related crimes. In 2020, I was assigned to the Special Victims Unit, where I investigated or assisted in investigating Sexual Battery, Lewd or Lascivious Battery and Molestation, Kidnapping, Homicide, and Child Abuse cases.

3. I am a current member of the Internet Crimes Against Children Central Florida Task Force (ICAC) where I have investigated over 500 sexually related or internet-based crimes. I have written multiple arrest and search warrants pertaining to sexually related or internet-based crimes. These search warrants have yielded lawful arrests and investigations. As a member of the ICAC Task Force, I have had the opportunity to consult with numerous experts at the local, state, and national levels in the area of child pornography, internet child solicitation, and computer forensics. On a daily basis, members

of the ICAC task force work as a team and share their expertise on various topics.

4. I have been dually sworn as a Special Deputy United States Marshal and assigned to the Violent Crimes Against Children (VCAC) FBI task force since 2021. I have participated in investigations involving sex crimes, child exploitation, child pornography, human trafficking, and computer crimes, among other things. I have also investigated and assisted in the investigations of possession, receipt, distribution, and production of child pornography. During the course of my training and investigations, I have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

5. This affidavit is submitted in support of a criminal complaint against DEMETRIUS REDDICK (REDDICK) for a violation of 18 U.S.C. § 2422(b). As set forth in more detail below, I believe there is probable cause that REDDICK using facilities and means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, and entice an individual whom he believed had not attained the age of 18 years, to engage in sexual activity for which he could have been charged with lewd or lascivious battery (engage in sexual activity with a person 12 years of age or

3

older but less than 16 years of age), in violation of Florida Statutes § 800.04(4)(a)(1) & (2). All in violation of 18 U.S.C. § 2422(b).

6. I make this affidavit from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law enforcement officers, information from agency reports, and review of documents provided to me by these witnesses and law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not set forth each and every fact learned during the course of this investigation. For example, because of the high number of text messages exchanged between REDDICK and the notional minor (the OCE) during the course of the investigation, I have included just selected portions of the text message exchanges sufficient to establish probable cause.

7. Title 18, United States Code, Section 2422(b) prohibits a person from using the mail or any facility or means of interstate or foreign commerce to knowingly attempt to persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in prostitution or sexual activity for which any person can be charged with a criminal offense.

4

## INVESTIGATION

8.  On May 12, 2022, an FBI Task Force Agent posing as an Online Covert Employee (OCE) created an online profile on MocoSpace. MocoSpace is an online dating mobile app that lets individuals chat and talk to other individuals within the individual's geographical areas. The OCE created a profile on MocoSpace that featured an image of a law enforcement officer in which the officer was approximately 14 years old at the time of the photograph. The profile stated the female was 19 years old and resided in Daytona Beach, Florida. The OCE received a message from a male later identified as REDDICK. The message read "Hey" and the OCE responded "Hey what's up". REDDICK provided his phone number to the OCE and the OCE provided her phone number to REDDICK.

9.  At approximately 9:48 p.m., the OCE received a message from a male later identified as REDDICK. The message read "Hey Sofia you are very lovely". The OCE replied "aww thank u". The OCE asked "do u like younger girls?" REDDICK stated, "Yes I do but the age don't matter it's the mentality that does to me". REDDICK asked, "how old are you?" The OCE responded, "im 13. i always like to be honest up front bc i dont want anyone mad at me". REDDICK then asked, "whats ur name". The OCE responded "Sofia" and REDDICK asked the OCE if she was a virgin and if she was bi-

5

sexual. The OCE responded that she had a previous boyfriend and that she only liked boys. REDDICK asked to be the OCE's girlfriend soon. REDDICK stated his name was "Demetrius".

10. The OCE asked "have u ever dated someone who is 13?" REDDICK responded that he was "close to" dating someone that young. REDDICK requested to speak on the phone with the 13-year-old notional child before he could be her boyfriend. REDDICK told the OCE that he was in Tampa, Florida and would be returning to Orlando in approximately two weeks.

11. REDDICK asked the OCE "Does your parents let you date me?" The OCE responded "my mom is my best friend…we are very close". REDDICK responded, "I hope she will like me then". REDDICK asked the OCE "Baby do you give head?" The OCE responded "yeah" and REDDICK stated, "Ok I want some head when I see you…and do you have sex". The OCE responded that he was only with her ex and that she does not have experience with boys. REDDICK stated, "Don't worry I'll teach you how to give me head if you like". REDDICK also asked the OCE "Can you show me your pussy baby". The OCE declined and REDDICK responded, "I'll show you mines then you can delete it".

6

12. On May 13, 2022, REDDICK contacted the OCE from another phone number. REDDICK stated that his other phone was charging. REDDICK stated he would buy the OCE a gift for her upcoming birthday and stated, "Maybe a gold necklace with a heart's charm idk". REDDICK also stated, "I'm just going to love watching you clean our house when we move in together". The OCE responded "when are we moving in?" REDDICK responded, "And when we get married or when you turn 18...If I can marry you at 16 then you can move in then". REDDICK also stated, "But when you are 18 I'll be 41". REDDICK stated "You think it's a good idea to tell ppl about us? You know I'll be in trouble if someone tells on me". The OCE responded that she won't tell anyone. REDDICK responded, "Ok agreed :) but I'll be your little secret for just 5 years lol then we can tell anybody lol".

13. On May 14, 2022, at approximately 8:46pm and 10:47pm, two phone calls were made to REDDICK by the OCE posing as the notional minor. REDDICK stated in the recorded call that he would not be able to keep his hands off the OCE when they met in person. REDDICK also stated that he wanted to marry her already. The OCE asked REDDICK what she should wear. REDDICK responded "nothing" and then laughed. REDDICK later asked the OCE to wear gym shorts when they meet up. REDDICK agreed to meet the OCE later that evening between 9:30pm and 10:00pm or

7

the following weekend. REDDICK told the OCE that he would tell her if he thought her vagina was ugly when they met up. REDDICK also stated that he sent the OCE a picture of his penis, but it was never received by the OCE. REDDICK stated that he was glad she didn't get it and stated that his phone must be messed up. REDDICK also stated, "And when I get paid I'm going to get a gift...to show you that I truly love you and want to be in your life forever".

14. On May 15, 2022, REDDICK stated "I got you a card I put some money in it for you". The OCE later asked REDDICK "it doesnt bother u that im only 13. I feel bad like u could want to be with someone older". REDDICK responded "Yes...but when I think of how good you would be as my wife I don't want nobody else". The OCE asked REDDICK "Are u sure u dont want to be with a girl ur age? Being 13 makes me feel some sort of way sometimes..." REDDICK responded, "I'm sure I want to be with you ok".

15. The OCE told REDDICK that she would be out of town with her mother from 6/13/22-6/17/22. REDDICK messaged the OCE on 6/12/22 and 6/13/22 with no response from the OCE. On 6/14/22, the OCE responded explaining that she was with her mom and may not be able to talk. REDDICK did not message the OCE again until 6/20/22.

16. On 7/1/22, REDDICK messaged the OCE from a third phone number "Hey sweetheart...is your bf Demetrius this my new number". On 7/3/22, the OCE asked REDDICK "Have u ever had a gf my age before?" REDDICK responded, "Yes I have before...But she is no longer in my life". The OCE asked REDDICK "What happens to her...Happened*". REDDICK responded, "To be honest she dated someone else I guess we just lost touch with each other because of communication...I did see her tho and she told me that I didn't keep up with her so I don't want that to happen again".

17. The OCE told REDDICK that she wanted to tell her friends about him. REDDICK stated, "Like be careful that's being cautious you don't want to get you or me in trouble right?" The OCE asked REDDICK why he would get in trouble. REDDICK responded, "Lol because I'm older". On 7/6/22, REDDICK asked the OCE when they could meet and asked the OCE to meet him alone. REDDICK stated that he wanted to buy the OCE food, flowers and give her a body massage. REDDICK stated "...you can learn from me how I want you to please me baby I can learn to please your body also..."

18. On 7/6/22, REDDICK messaged the decoy stating, "But I'll tell you how I'm going to please you are you ready?" The OCE responded "omg yes. Im ready". REDDICK responded "Ok I love to kiss you...then I'll take

9

off your shirt and kiss on your nipples and suck on them for awhile one at a time. Then I'll help you take off your pants and underwear and kiss on your stomach while I'm rubbing up and down on your clit...Then I'll open your legs lick you slowly and deep with my tongue...for about 30 minutes to an hour until you cum..." The OCE asked REDDICK if it would hurt and if she would get pregnant. REDDICK responded, "And it should feel good but it could hurt depends on you and if you are very tight ill just be extra gentle...I won't get you pregnant I promise...we will use protection ok".

19. REDDICK further stated, "I like good slow head while your playing with the tip of my dick with our tongue when it is in your mouth that will make feel so good but you got to do it gentle and slow".

20. On 8/3/22, The OCE messaged REDDICK, "My friend isabella invited me to spend the weekend with her in a cool hotel next weekend after skool starts im really excited. Her parents are going to dinner and an event for fancy ppl and we will be there alone". REDDICK asked the OCE "How long will you be alone?" and "Lol well I wanted to meet you alone but if you sure your friend will be cool with us dating then I'll be so happy to come meet you both". REDDICK stated, "You going to be able to give me some head?" and "I wanna give you some head too". On 8/4/22, REDDICK messaged the OCE, "I'll show you how I like to be pleased real soon baby".

10

21. On 8/9/22, REDDICK and the OCE discussed how he would get to the hotel to visit the OCE. REDDICK stated that he would ride the bus since his car is not working. REDDICK also messaged the OCE "I wish I could see it now so I can be ready to please every inch of her". The OCE explained that she was confused and did not know what REDDICK meant. REDDICK stated, "Lol I figured much but I wanna see how pretty it is your vagina". The OCE declined to show her vagina to REDDICK.

22. REDDICK also asked the OCE "...I want you to do something for me when we see each other". The OCE asked "what do u want me to do". REDDICK responded, "I want you so bad babe and I would like it if you have [sic] me head until I come in your mouth if you want me to". The OCE responded "Omg for u ill do it. I hope it doesn't hurt...I wont get pregnant right?". REDDICK responded, "No but I'm going to nut in your mouth you can't get pregnant that way baby...And I'll when we make love I'll have you take something so you won't get pregnant it's a pill that helps you just in case". REDDICK agreed to bring "the pill", which he stated he would purchase on 8/10/22. REDDICK also stated,"...I know you are tight and I could finish early lol so that why I wanted you to give me head first soo I'll last longer".

11

23. On 8/11/22, REDDICK asked the OCE "So tomorrow night or Saturday night you want to see me?" The OCE confirmed tomorrow night 8/12/22. REDDICK also asked the OCE "So about what time do you think I'll be seeing you tomorrow?" The OCE stated "like after dinner…730 or 8 is that ok?" REDDICK asked the OCE for the address to the hotel and the OCE provided REDDICK the address. REDDICK requested a call from the OCE and the OCE told REDDICK her mom was home and she was not ready to tell her mom about him. The OCE stated "maybe one day soon…" REDDICK responded, "I guess but you can't tell her I'm 36 lol she will be calling the cops…" and "And let me know when you going to tell your mom so I can run away lol". The OCE responded "no lol i wont tell her unless u want me to". REDDICK responded, "Not until you are 18 lol…Or closer to it".

24. REDDICK stated, "I have a surprise for you tomorrow night…I'm going to ask you to marry me". REDDICK also stated, "I couldn't get the pill tho so we have to be careful unless I find it tomorrow…Lol don't worry I'm going to wear protection if I don't find the pill".

25. On 8/12/22, REDDICK stated "I can't wait to see you…Says I'll be late coming to you…9 30 or something like that…Is that going to be ok?" REDDICK messaged the OCE that he was taking the bus and that the

12

hotel the OCE was at was a three minute walk from the bus stop. REDDICK asked if when he got to the hotel if the OCE would be alone and asked how late the OCE's friend's parents were going to be out until. REDDICK stated, "Wanna make sure we have enough time". REDDICK asked the OCE if she would meet him or if she wanted him to come to the room. The OCE provided the hotel room number to REDDICK and REDDICK stated, "I feel super horny". REDDICK also asked the OCE if he could also see her tomorrow and told her he loved her. At approximately 10:46pm on 8/12/22, REDDICK arrived at the hotel to meet the OCE. He went up to the hotel room and messaged the OCE "Open the door bae".

26. REDDICK was arrested and an interview was conducted. A confirmation call was made from the OCE phone number to the number the OCE was communicating with REDDICK on. When REDDICK's phone rang, TFO Wing observed the picture of the notional minor used by the OCE and the name "Sofia Moco Princess" on the phone screen.

27. The OCE told REDDICK multiple times during the approximate three months of communication that she was 13 years old and going into the 8th grade. REDDICK solicited the OCE for sex on multiple occasions and asked for pictures of her vagina.

### INTERVIEW OF DEMETRIUS REDDICK

28. REDDICK was advised that he was under arrest. Prior to the recorded interview, REDDICK was advised of his "Miranda Rights" by Special Agent Rodney Hyre. During the interview, REDDICK admitted that he used his Samsung Galaxy cellular phone to communicate with a person whom he believed was a 13-year-old female child. REDDICK admitted that he purchased a Greyhound bus ticket to travel from Tampa, Florida to Orlando, Florida and took multiple city buses to arrive at the hotel to meet the OCE. REDDICK allowed Agent Hyre to view text messages between him and the OCE on his phone. The messages were seen on REDDICK's cell phone and REDDICK confirmed that a call played for him during the interview to the OCE sounded like "my voice".

29. REDDICK confirmed that he sent the text messages regarding oral and sexual intercourse to the notional child. REDDICK stated that he knew having oral and sexual intercourse with a 13-year-old child was illegal. REDDICK also confirmed that he asked the 13-year-old child for images of her vagina.

## CONCLUSION

30. I believe there is probable cause that REDDICK, using facilities or means of interstate commerce, that is, the Internet and a cell phone, did knowingly attempt to persuade, induce, and entice an individual whom

REDDICK believed had not attained the age of 18 years, to engage in sexual activity for which he could have been charged with lewd or lascivious battery (engage in sexual activity with a person 12 years of age or older but less than 16 years of age), in violation of Florida Statutes § 800.04(4)(a)(1) & (2). All in violation of 18 U.S.C. § 2422(b).

_____
Jennifer Wing, Task Force Officer
Federal Bureau of Investigation

Sworn to and subscribed before me
this 13th day of August, 2022.

_____
LESLIE HOFFMAN PRICE
United States Magistrate Judge

15